## FOURTH DISTRICT.

Paul A. Rice, appellee, v. E. C. Eidman, appellant.

Opinion filed March 2, 1928.

Farmer & Klingel and Beasley & Zulley, for appellant. T. A. O'Connor, for appellee.

Mr. Justice Newhall delivered the opinion of the court.